UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **JOEY AND LINDA SATEL,** | § | |
|     Plaintiffs, | § | |
| | § | |
| **vs.** | § | Civil Action No. SA-5:17-CV-00490-XR |
| | § | |
| | § | |
| **CHUBB LLOYD'S INSURANCE** | § | |
| **COMPANY OF TEXAS AND** | § | |
| **ROBERT L. PRITCHARD,** | § | |
|     Defendants. | § | |

**NOTICE OF SETTLEMENT AND REQUEST TO CANCEL STATUS CONFERENCE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Chubb Lloyd's Insurance Company of Texas ("Chubb") on behalf of all Parties and files this Notice of Settlement and Request for Stay of Proceedings and for the same shows as follows:

**I.**
**NOTICE OF SETTLEMENT**

The parties hereby advise the Court this case has settled and the parties are in the process of finalizing the settlement.

**II.**
**REQUEST TO CANCEL STATUS CONFERENCE**

On September 25, 2017, the Court entered an *Order Re-Setting Status Conference and Hearing on all Pending Motions* for October 17, 2017 at 10:00 a.m. to discuss all pending motions.

As the parties are in the process of finalizing the settlement and dismissal documents, the parties respectfully request that all pending deadlines be removed from the docket pending

dismissal. The parties anticipate filing a Stipulation of Dismissal With Prejudice and proposed Order within the next thirty days.

Respectfully submitted,

*/s/ Jennifer G. Martin*
**JENNIFER G. MARTIN**
Texas State Bar No. 00794233
Jennifer.Martin@wilsonelser.com
**Wilson Elser Moskowitz Edelman**
**& Dicker, LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, TX 75202-3758
214.698.8000 (Phone)
214.698.1101 (Fax)

**ATTORNEY FOR DEFENDANTS CHUBB**
**LLOYD'S INSURANCE COMPANY OF**
**TEXAS AND ROBERT L. PRITCHARD**

Agreed to:

*/s/ Thomas M. Furlow*
Thomas M. Furlow, Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been forwarded to counsel of record in accordance with the Federal Rules of Civil Procedure on this the 13th day of October, 2017.

                                                             */s/Jennifer G. Martin*
                                                             **JENNIFER G. MARTIN**