UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JOEY AND LINDA SATEL, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| VS. | ) Civil Action No: SA-17-CA-490-XR |
| | ) |
| CHUBB LLOYDS INS. CO. OF TEXAS, | ) |
| | ) |
| Defendant, | ) |
| | ) |

**ORDER**

The parties informed the Court that they have reached a settlement. Docket no. 21. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, including trial and the status conference currently set for October 17, 2017, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **November 15, 2017**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so ORDERED.

SIGNED this 15th day of October, 2017.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE