# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JOEY AND LINDA SATEL,       § | |
|     Plaintiffs,       § | |
| § | |
| vs.       § | Civil Action No. SA-5:17-CV-00490-XR |
| § | |
| § | |
| CHUBB LLOYD'S INSURANCE       § | |
| COMPANY OF TEXAS AND       § | |
| ROBERT L. PRITCHARD,       § | |
|     Defendants.       § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Joey and Linda Satel and Defendants Chubb Lloyd's Insurance Company of Texas and Robert L. Pritchard (collectively "the Parties") jointly stipulate to the dismissal of this action with prejudice. The Parties further stipulate that, other than for enforcement of the Parties' obligations and agreements pursuant to the Confidential Settlement Agreement and Release executed by them to resolve this dispute, if needed, no additional pleadings or motions shall be filed in this matter. The Parties further stipulate that all Parties shall bear their own attorneys' fees, costs and expenses.

Dated:  November 15, 2017.

| | |
|---|---|
| */s/Thomas M. Furlow* | */s/Jennifer G. Martin* |
| **Thomas M. Furlow** | **Jennifer G. Martin** |
| State Bar No. 00784093 | State Bar No. 00794233 |
| Email: tfurlow@furlowlawfirm.com | Email: jennifer.martin@wilsonelser.com |
| | **Lisa Wilson** |
| **FURLOW LAW FIRM, PLLC** | Texas State Bar No. 24013767 |
| 1032 Central Parkway South | Email: lisa.wilson@wilsonelser.com |
| San Antonio, TX 78232 | |
| Telephone: (210) 910-4501 | **WILSON ELSER MOSKOWITZ** |
| Telecopier: (210) 910-4513 | **EDELMAN & DICKER, LLP** |
| | 901 Main Street, Suite 4800 |
| **ATTORNEY FOR PLAINTIFFS** | Dallas, Texas  75202-3758 |
| | Telephone:  (214) 698-8000 |
| | Fax:  (214) 698-1101 |
| | |
| | **ATTORNEYS FOR DEFENDANTS** |